|  |  |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|  | United States Attorney |
| 2 | DONNA L. CALVERT, IL SBN 6191786 |
|  | Acting Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
| 4 | TIMOTHY R. BOLIN, CSBN 259511 |
|  | Special Assistant United States Attorney |
| 5 |     160 Spear Street, Suite 800 |
|  |     San Francisco, California 94105 |
| 6 |     Telephone: (415) 977-8982 |
| 7 |     Facsimile: (415) 744-0134 |
|  |     E-Mail: Timothy.Bolin@ssa.gov |
| 8 | Attorneys for Defendant |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

|  |  |
|---|---|
| DAVID AGUIRRE, | CASE NO. 1:12-CV-01961-SMS |
|     Plaintiff, | **STIPULATION AND ORDER TO** |
|     vs. | **EXTEND THE BRIEFING SCHEDULE** |
| CAROLYN W. COLVIN, Acting Commissioner Of Social Security,[1] |  |
|     Defendant. |  |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time in the amount of thirty (30) days to file her responsive brief in this matter. The new due date for Defendant's responses will be Thursday, September 12, 2013. Plaintiff's optional reply will be due on Friday, September 27, 2013. This is Defendant's first request for an extension. Defendant requests the additional time

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

due to the heavy case load, travel schedule, and leave schedule of the Assistant Regional Counsel assigned to this matter.

                                       Respectfully submitted,

Dated: August 14, 2013

                                By:    /s/ *Brian Shapiro*
                                             BRIAN SHAPIRO
                                             (as authorized by email on 8/14/13)
                                             Attorney for Plaintiff

                                By:    /s/ *Timothy R. Bolin*
                                             TIMOTHY R. BOLIN
                                           Special Assistant U.S. Attorney
                                           Attorneys for Defendant

OF COUNSEL:
SCHUYLER VON OEYEN
Assistant Regional Counsel
Social Security Administration

SO APPROVED AND SO ORDERED.

Date:  8/14/2013                   /s/ SANDRA M. SNYDER
                                    HON. SANDRA M. SNYDER
                                    UNITED STATES MAGISTRATE JUDGE